FILED

SEP 02 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8795

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Jose Pablo DAVILA-Herrera<br><br>Defendant. | ) | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 30, 2008, within the Southern District of California, defendant Jose Pablo DAVILA-Herrera did knowingly and intentionally import approximately 35.94 kilograms (79.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Paul Lewenthal, SSA

Paul Lewenthal, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND DAY OF SEPTEMBER 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Paul Lewenthal, declare under penalty of perjury, the following is true and correct:

On August 30, 2008, Jose Pablo DAVILA-Herrera entered the United States through the Calexico, California East Port of Entry. DAVILA was the driver and sole occupant of a 1997 Chevrolet Blazer bearing Baja California license plates BDT3628. U.S. Customs and Border Protection Officers discovered approximately 35.94 kilograms (79.06 pounds) of marijuana concealed within the rear tires and spare tire of the vehicle. One package was probed by CBP Officer Salgado, revealing a green leafy substance, which tested positive for marijuana.

DAVILA was arrested in violation of Title 21 United States Code 952, Importation of a Controlled Substance. DAVILA acknowledged and waived his Miranda Rights. DAVILA acknowledged the presence of the marijuana within the vehicle stating he was going to be paid $1,500 for crossing the marijuana-laden vehicle into the United States. DAVILA was processed and transported to the Imperial County Jail to await an initial appearance before a U.S. Magistrate Judge.

Executed on August 30, 2008 at 1940 HRS

Paul Lewenthal, Special Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page (s), I find probable cause to believe that the defendant (s) named in this probable cause statement committed the offense on August 30, 2008 in violation of Title 21, United States Code, Section 952 and 960.

Leo S. Pappas, U.S. Magistrate Judge

8/30/08- 1120 Am

TOTAL P.02